An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAUN ALLEN ROBINSON,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; THE HONORABLE
ELLIOTT A. SATTLER, DISTRICT
JUDGE; AND THE HONORABLE
BRIDGET ROBB PECK, DISTRICT
JUDGE,
Respondents,
and
UNIVERSITY OF NEVADA, RENO,
Real Party in Interest.

No. 66570

FILED

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original proper person petition for a writ of mandamus challenges a district court order denying a request for an exemption from arbitration.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Whether to consider a writ petition is within this court's discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioner bears the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

14-40605

Having considered petitioner's arguments and the documents before us, we conclude that petitioner has not met his burden of demonstrating that this court's intervention by way of extraordinary writ relief is warranted. *See id.* We therefore deny the petition. *See* NRAP 21(b)(1); *Smith*, 107 Nev. at 677, 818 P.2d at 851.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc:    Hon. Elliott A. Sattler, District Judge
Hon. Bridget Robb Peck, District Judge
Shaun Allen Robinson
University of Nevada, Reno, Office of General Counsel
Enzenberger, Hughs & Herbolsheimer
Washoe District Court Clerk

